UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAIME CASTIBLANCO,

    *Plaintiff*,

v.

BUREAU OF PRISONS et al.,

    *Defendants*.

Civil Action No. 25-747 (TJK)

## MEMORANDUM

On January 8, 2025, Plaintiff, pro se, sued Defendants, claiming that 18 U.S.C. § 3632(d)(4)(E)(i) violates the equal-protection component of the Due Process Clause of the Fifth Amendment. ECF No. 1. On March 21, 2025, the Court noted that Plaintiff had not filed any proof of service on the docket, so it ordered that he serve Defendants and file proof of service by April 8, 2025, or move to enlarge the time to do so, explaining that failure to do either could result in dismissal of the action. Min. Order of Mar. 21, 2025. When he failed to do either, the Court ordered Plaintiff to show cause why it should not dismiss the case for failure to prosecute. Min. Order of April 16, 2025. Plaintiff responded, detailing his attempts to serve Defendants. ECF No. 3. But as the Court explained, his attempts failed to comply with Federal Rule of Civil Procedure 4. Min. Order of May 7, 2025. So the Court construed his response as a motion for extension of time, which it granted, giving him until June 6, 2025, to effect service or move for another extension. *Id.* Then, on May 30, 2025, Plaintiff moved for another 30-day extension of time. ECF No. 4. The Court granted the motion and ordered him to serve Defendants or move for another extension by July 2, 2025. Min. Order of June 2, 2025.

That deadline passed over six weeks ago, and Plaintiff has failed to do either. Indeed, Plaintiff has filed nothing on the docket for over eleven weeks. Thus, pursuant to Local Civil Rule

83.23 and the Court's "inherent power to dismiss a case *sua sponte* for a plaintiff's failure to prosecute or otherwise comply with a court order," *Peterson v. Archstone Communities LLC*, 637 F.3d 416, 418 (D.C. Cir. 2011), the Court will dismiss the case without prejudice.  A separate order will issue.

/s/ Timothy J. Kelly \_\_\_\_\_
TIMOTHY J. KELLY
United States District Judge

Date: August 19, 2025

2